FILED UNDER SEAL

# EXHIBIT B

# Redacted in Full