FILED UNDER SEAL

# EXHIBIT C

## Redacted in Full